UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | Criminal No. 25-cr-477(2) (LMP/JFD) |
|---|---|---|
| v.             Plaintiff, | ) ) ) | **STATEMENT OF FACTS IN SUPPORT** |
| REKEYA LIONESHA FRAZIER, | ) ) | **OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Rekeya Frazier, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. I need additional time to consult with my attorney and review discovery. Based on the above facts, I request that the period-of-time from now until 30 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.


Dated:   February 3, 2026             *s/ Jean Brandl on behalf of Rekeya Frazier*
                                      REKEYA LIONESHA FRAZIER
                                      Defendant



Dated:   February 3, 2026             *s/ Jean M. Brandl*
                                      JEAN BRANDL
                                      Attorney ID No.: 0387260
                                      Attorney for Ms. Frazier
                                      107 U.S. Courthouse
                                      300 South Fourth Street
                                      Minneapolis, MN 55415